MARGARET ROBINSON, Respondent, v. SUPREME COMMANDERY, UNITED ORDER OF THE GOLDEN CROSS OF THE WORLD, Appellant.

Reported below, 77 App. Div. 215.
(Submitted April 27, 1903; decided May 5, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1902, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal; that the decision of the Appellate Division was unanimous; that there were no questions of law to be reviewed; that no leave to appeal had been granted; that the exceptions were frivolous and the appeal taken for the purpose of delay only.

*Andrew J. Shipman*, for motion.

*Henry G. Atwater* opposed.

Motion denied, with ten dollars costs.

---

JOHN P. KANE COMPANY, Appellant, v. FRANCIS S. KINNEY et al., Defendants; CLARENCE L. SMITH et al., Appellants, and CHARLES N. TALBOT, as Assignee of ANDREW J. ROBINSON, Respondent.

(Submitted April 27, 1903; decided May 5, 1903.)

MOTION to amend remittitur.    (See 174 N. Y. 69.)

Motion granted and remittitur amended by allowing each appellant, who has filed a brief and appeared in this court by separate attorneys, costs in all courts payable out of the assigned estate, and to that end the clerk of the Supreme Court is requested to return the remittitur.